IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| REBECCA FACTOR, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>HOOTERS OF AMERICA, LLC, a Georgia limited liability corporation,<br><br>　　Defendant. | Case No. 1:18-cv-00792-MHC-CMS<br><br>Class Action Complaint |

## HOOTERS OF AMERICA, LLC'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

COMES NOW Defendant, Hooters of America, LLC ("HOA"), by and through its undersigned counsel, and files this Motion to Dismiss Plaintiff's Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b).  This motion is based upon the allegations contained in Plaintiff's Complaint, the supporting Memorandum of Law filed with this Motion, and the entire record in this cause. Plaintiff has failed to plead standing as required by Article III of the U.S. Constitution, and she has failed to sufficiently plead a cause of action against HOA upon which relief may be granted.

**WHEREFORE,** HOA respectfully requests that the Court grant this Motion, dismiss Plaintiff's Complaint, and tax Plaintiff with all costs of this action.

1

Respectfully submitted this 18th day of April, 2018.

*/s/* Mary Wu Tullis


**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

**R. Teresa L. Bailey**
**Georgia Bar No. 572516**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
(404) 577‑6000 – telephone
(404) 221-6501 – facsimile
tbailey@bakerdonelson.com

**Kristine L. Roberts**
(Admitted *pro hac vice*)
**Mary Wu Tullis**
(Admitted *pro hac vice*)
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
(901) 526-2000 – telephone
(901) 577-2303 – facsimile
klroberts@bakerdonelson.com
mtullis@bakerdonelson.com

***Attorneys for Defendant Hooters of America, LLC***

## **CERTIFICATE OF COMPLIANCE AS TO FONT SIZE**

Pursuant to the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, I hereby certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1C.  The foregoing was prepared on a computer using Times New Roman font (14 point).

Respectfully submitted this 18th day of April, 2018.

*/s/* Mary Wu Tullis

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2018, the forgoing electronically filed document was served upon the following counsel of record via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that the Notice was electronically mailed to said party:

**Morgan & Morgan, P.A.**
Adian R. Miller
191 Peachtree Street, N.E., Suite 4200
P.O. Box 57007
Atlanta, GA 30343-1007

John A. Yanchunis
Rachel Soffin
Jonathan B. Cohen
201 N. Franklin St., 7th Floor
Tampa, FL 33602

*/s/* Mary Wu Tullis